### 7701. Levy v. Nathan.

Broyles, P. J. 1. There was no error in sustaining the plaintiff's demurrer to the 9th, 13th, 14th, 15th, and 16th paragraphs of the defendant's cross-petition as embodied in his answer, and in striking them from the answer.

2. Under the facts of the case the trial judge did not err in directing a verdict in favor of the plaintiff for $101.41 principal and $21.90 interest.

3. The court did not err in refusing to grant a new trial.

*Judgment affirmed. Jenkins and Bloodworth, JJ., concur.*
Decided February 1, 1917.

Complaint; from city court of Tifton—Judge Eve. June 5, 1916.

*Ira S. Clary, Hendricks, Mills & Hendricks,* for plaintiff.
*R. S. Foy,* for defendant.